IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| NORTHWEST FAMILY HOSPITAL, INC. | ) | CASE NO. 95-62628 |
| f/k/a SUMMIT ACQUISITION, INC., | ) | |
| | ) | HON. J. PHILIP KLINGEBERGER |
| Debtor. | ) | U.S. BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S FINAL ACCOUNT AND
## APPLICATION FOR CLOSING AND DISCHARGE

William A. Brandt, Jr., Trustee of the estate of the above named Debtor, certifies to the

Court and the United States Trustee, that this estate has been fully administered. A Trustee's

Final Report has been filed and proper disbursements completed. No funds or assets of the estate

remain

Therefore, pursuant to FRBP 5009, the Trustee requests that this Final Account be

accepted, and that the Court order the case closed and discharge the Trustee of any further duties.

DATED: 10/25/07

William A. Brandt, Jr., Trustee
70 West Madison Street
Suite 2300
Chicago, Illinois 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                  )   CHAPTER 7
                                        )
NORTHWEST FAMILY HOSPITAL, INC.         )   NO. 95-62628
f/k/a SUMMIT ACQUISITION, INC.,         )
                                        )   HON. J. PHILIP KINGEBERGER
                                        )   U.S. BANKRUPTCY JUDGE
                                        )

### CHAPTER 7 ASSET CASE SUMMARY OF FINAL ACCOUNT

| | |
|---|---|
| $          6,585,183.54 | 1.   TOTAL RECEIPTS |
| | **FEES AND EXPENSES** |
| $          476,217.44 | 2.   TRUSTEE COMPENSATION |
| $          1,412,098.30 | 3.   ATTORNEY FOR TRUSTEE FEE |
| $          – | 4.   OUTSIDE ATTORNEY FEE |
| $          58,525.38 | 5.   TRUSTEE EXPENSES |
| $          94,417.82 | 6.   OTHER PROFESIONAL FEES |
| | AND EXPENSES |
| $          1,154,540.80 | 7.   ADMINISTRATIVE COSTS |
| | TOTAL OF 4 – 7   $ 1,307,484.00 |
| | **DISTRIBUTION** |
| $          453.85 | 8.   SECURED CREDITORS |
| $          359,131.90 | 9.   PRIORITY CREDITORS |
| $          3,029,798.05 | 10.  UNSECURED CREDITORS |
| $          – | 11.  EQUITY SECURITY HOLDERS |
| $          – | 12.  PAYMENTS TO DEBTOR |
| $          – | 13.  OTHER DISTRIBUTIONS |
| $          6,585,183.54 | 14.  TOTAL DISBURSEMENTS |

William A. Brandt, Jr., Trustee

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS**

| | | | | |
|---|---|---|---|
| Case No.: | 95-62628 | Bank Name: | LaSalle National Bank |
| Case Name: | Northwest Family Hospital | Checking | 58-00045188 |
| Taxpayer ID#: | 58-2025779 | Bond Amount | Blanket |
| Period Ending: | 10-Oct-07 | | |
| Date Submitted: | 16-Oct-07 | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. Number | Paid To/ Received From | Description of Transaction | Deposit | Disbursement | Account Balance |
| 09/15/06 | | Beginning Balance | | | | $    4,807.43 |
| 10/12/2006 | 2381 | Iron Mountain Records Management | Customer ID G8045 Invoice No. FN40786 | | 262.01 | 4,545.42 |
| 11/06/2006 | 2382 | Void | | | - | 4,545.42 |
| 11/06/2006 | 2383 | International Sureties, Ltd. | Bond No. 016028270- Nov. 03, 2006 thru Nov. 03, 2007 | | 132.64 | 4,412.78 |
| 11/07/2006 | 2384 | Iron Mountain Records Management | Customer ID G8045 Inv. No. FU39222 | | 262.01 | 4,150.77 |
| 11/27/2006 | | Funds Transfer | | 98,311.83 | | 102,462.60 |
| 05/07/2007 | 2385 | Abbott Laboratories | Final Distribution - 0.7676% | | 123.76 | 102,338.84 |
| 05/07/2007 | 2386 | Abbott Laboratories | Final Distribution - 0.7676% | | 46.06 | 102,292.78 |
| 05/07/2007 | 2387 | Acuson Corporation | Final Distribution - 0.7676% | | 42.53 | 102,250.25 |
| 05/07/2007 | 2388 | Albert Speisman /WSKC Dialysis | Final Distribution - 0.7676% | | 858.76 | 101,391.49 |
| 05/07/2007 | 2389 | Alcon Laboratories Inc | Final Distribution - 0.7676% | | 32.25 | 101,359.24 |
| 05/07/2007 | 2390 | Allergan Medican Optics | Final Distribution - 0.7676% | | 279.30 | 101,079.94 |
| 05/07/2007 | 2391 | American Health Services* | Final Distribution - 0.7676% | | 25.55 | 101,054.39 |
| 05/07/2007 | 2392 | American Medical Oxygen | Final Distribution - 0.7676% | | 7.92 | 101,046.47 |
| 05/07/2007 | 2393 | American Shared/ Curacare | Final Distribution - 0.7676% | | 17.46 | 101,029.01 |
| 05/07/2007 | 2394 | American Sterilizer Co | Final Distribution - 0.7676% | | 66.79 | 100,962.22 |
| 05/07/2007 | 2395 | Ameritech | Final Distribution - 0.7676% | | 242.70 | 100,719.52 |
| 05/07/2007 | 2396 | Ancilla Systems Incorporated | Final Distribution - 0.7676% | | 84,301.15 | 16,418.37 |
| 05/07/2007 | 2397 | Anderson Lock | Final Distribution - 0.7676% | | 8.17 | 16,410.20 |
| 05/07/2007 | 2398 | Angelica Uniforms | Final Distribution - 0.7676% | | 7.11 | 16,403.09 |
| 05/07/2007 | 2399 | Arrow International | Final Distribution - 0.7676% | | 53.97 | 16,349.12 |
| 05/07/2007 | 2400 | AT&T Corp | Final Distribution - 0.7676% | | 24.71 | 16,324.41 |
| 05/07/2007 | 2401 | AT&T Wireless Services | Final Distribution - 0.7676% | | 36.71 | 16,287.70 |
| 05/07/2007 | 2402 | Auto Suture Co. Div. US SU | Final Distribution - 0.7676% | | 15.08 | 16,272.62 |
| 05/07/2007 | 2403 | Automatic Date Proc Chicago Inc | Final Distribution - 0.7676% | | 23.03 | 16,249.59 |
| 05/07/2007 | 2404 | B T Office Products | Final Distribution - 0.7676% | | 72.92 | 16,176.67 |
| 05/07/2007 | 2405 | B&W Security Agency, Inc | Final Distribution - 0.7676% | | 102.91 | 16,073.76 |
| 05/07/2007 | 2406 | Bard Access Systems | Final Distribution - 0.7676% | | 13.09 | 16,060.67 |
| 05/07/2007 | 2407 | Bard Interventional Prod | Final Distribution - 0.7676% | | 19.93 | 16,040.74 |
| 05/07/2007 | 2408 | Barnes & Thornburg | Final Distribution - 0.7676% | | 41.69 | 15,999.05 |
| 05/07/2007 | 2409 | Barton Glass Inc. | Final Distribution - 0.7676% | | 23.87 | 15,975.18 |
| 05/07/2007 | 2410 | Baxter Printing Inc | Final Distribution - 0.7676% | | 15.01 | 15,960.17 |
| 05/07/2007 | 2411 | Behring Diagnostic, Inc | Final Distribution - 0.7676% | | 60.58 | 15,899.59 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS**

| | | |
|---|---|---|
| Case No.: | 95-62628 | |
| Case Name: | Northwest Family Hospital | |
| Taxpayer ID#: | 58-2025779 | |
| Period Ending: | 10-Oct-07 | |
| Date Submitted: | 16-Oct-07 | |

| | | |
|---|---|
| Bank Name: | LaSalle National Bank |
| Checking | 58-00045188 |
| Bond Amount | Blanket |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. Number | Paid To/ Received From | Description of Transaction | Deposit | Disbursement | Account Balance |
| 05/07/2007 | 2412 | Bio Medic Corp | Final Distribution - 0.7676% | | 24.37 | 15,875.22 |
| 05/07/2007 | 2413 | Biokem | Final Distribution - 0.7676% | | 17.37 | 15,857.85 |
| 05/07/2007 | 2414 | Biomet, Inc | Final Distribution - 0.7676% | | 25.58 | 15,832.27 |
| 05/07/2007 | 2415 | Bracco Diagnostics | Final Distribution - 0.7676% | | 103.15 | 15,729.12 |
| 05/07/2007 | 2416 | Brinks Inc | Final Distribution - 0.7676% | | 7.98 | 15,721.14 |
| 05/07/2007 | 2417 | Burrell, George | Final Distribution - 0.7676% | | 483.59 | 15,237.55 |
| 05/07/2007 | 2418 | Ceiling pro | Final Distribution - 0.7676% | | 5.08 | 15,232.47 |
| 05/07/2007 | 2419 | Cellular One | Final Distribution - 0.7676% | | 15.90 | 15,216.57 |
| 05/07/2007 | 2420 | American International Specialty Lines | Final Distribution - 0.7676% | | 330.90 | 14,885.67 |
| 05/07/2007 | 2421 | Central Medical Services - IL | Final Distribution - 0.7676% | | 233.11 | 14,652.56 |
| 05/07/2007 | 2422 | Central Medical Services - IN | Final Distribution - 0.7676% | | 72.77 | 14,579.79 |
| 05/07/2007 | 2424 | Certified Laboratories | Final Distribution - 0.7676% | | 15.06 | 14,564.73 |
| 05/07/2007 | 2425 | Chapman Service Laundry | Final Distribution - 0.7676% | | 82.76 | 14,481.97 |
| 05/07/2007 | 2426 | Clerk, U.S. Bankruptcy Court | Final Distribution - 0.7676% | | 148.57 | 14,333.40 |
| 05/07/2007 | 2427 | Cobe Laboratories | Final Distribution - 0.7676% | | 16.53 | 14,316.87 |
| 05/07/2007 | 2428 | Columbia Diagnostics, Inc | Final Distribution - 0.7676% | | 7.24 | 14,309.63 |
| 05/07/2007 | 2429 | Communicare/First Impression | Final Distribution - 0.7676% | | 38.33 | 14,271.30 |
| 05/07/2007 | 2430 | Computer Bay | Final Distribution - 0.7676% | | 15.07 | 14,256.23 |
| 05/07/2007 | 2431 | Corporate Collections Department | Final Distribution - 0.7676% | | 14.72 | 14,241.51 |
| 05/07/2007 | 2432 | Curtin Matheson Scientific Inc. | Final Distribution - 0.7676% | | 92.59 | 14,148.92 |
| 05/07/2007 | 2433 | Dairyland Central Inc | Final Distribution - 0.7676% | | 246.87 | 13,902.05 |
| 05/07/2007 | 2434 | DataCard Service | Final Distribution - 0.7676% | | 14.44 | 13,887.61 |
| 05/07/2007 | 2435 | Datascope Corp. | Final Distribution - 0.7676% | | 12.60 | 13,875.01 |
| 05/07/2007 | 2436 | Denver Biomaterials, Inc | Final Distribution - 0.7676% | | 5.09 | 13,869.92 |
| 05/07/2007 | 2437 | DP Systems | Final Distribution - 0.7676% | | 15.28 | 13,854.64 |
| 05/07/2007 | 2438 | E for M Corp | Final Distribution - 0.7676% | | 9.75 | 13,844.89 |
| 05/07/2007 | 2439 | Eastman Kodak Co | Final Distribution - 0.7676% | | 107.63 | 13,737.26 |
| 05/07/2007 | 2440 | EHOB, Inc | Final Distribution - 0.7676% | | 44.32 | 13,692.94 |
| 05/07/2007 | 2441 | Elton Corp | Final Distribution - 0.7676% | | 52.06 | 13,640.88 |
| 05/07/2007 | 2442 | Esrock Recruitment | Final Distribution - 0.7676% | | 18.87 | 13,622.01 |
| 05/07/2007 | 2443 | Fieldhouse Inc. | Final Distribution - 0.7676% | | 192.96 | 13,429.05 |
| 05/07/2007 | 2444 | Fitzimmons Surgical | Final Distribution - 0.7676% | | 6.42 | 13,422.63 |
| 05/07/2007 | 2445 | Frank, Kimberly | Final Distribution - 0.7676% | | 9.21 | 13,413.42 |
| 05/07/2007 | 2446 | Fuji Medical Systems USA | Final Distribution - 0.7676% | | 158.45 | 13,254.97 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS**

| Case No.: | 95-62628 | | Bank Name: | LaSalle National Bank |
|---|---|---|---|---|
| Case Name: | Northwest Family Hospital | | Checking | 58-00045188 |
| Taxpayer ID#: | 58-2025779 | | Bond Amount | Blanket |
| Period Ending: | 10-Oct-07 | | | |
| Date Submitted: | 16-Oct-07 | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. Number | Paid To/ Received From | Description of Transaction | Deposit | Disbursement | Account Balance |
| 05/07/2007 | 2447 | G & W Packing | Final Distribution - 0.7676% | | 38.55 | 13,216.42 |
| 05/07/2007 | 2448 | Gabriel Environmental | Final Distribution - 0.7676% | | 38.34 | 13,178.08 |
| 05/07/2007 | 2449 | Gary Sanitary District | Final Distribution - 0.7676% | | 848.76 | 12,329.32 |
| 05/07/2007 | 2450 | General Electric Co. | Final Distribution - 0.7676% | | 4,296.57 | 8,032.75 |
| 05/07/2007 | 2451 | Graybar Electric | Final Distribution - 0.7676% | | 12.59 | 8,020.16 |
| 05/07/2007 | 2452 | Guardian, The | Final Distribution - 0.7676% | | 188.46 | 7,831.70 |
| 05/07/2007 | 2453 | Hayes Boiler & Mechanical | Final Distribution - 0.7676% | | 15.82 | 7,815.88 |
| 05/07/2007 | 2454 | Heartland Blood Center | Final Distribution - 0.7676% | | 145.65 | 7,670.23 |
| 05/07/2007 | 2455 | Hewlett Packard Co. | Final Distribution - 0.7676% | | 20.73 | 7,649.50 |
| 05/07/2007 | 2456 | Hill Rom | Final Distribution - 0.7676% | | 62.35 | 7,587.15 |
| 05/07/2007 | 2457 | Hogan, Marren, & McCahill, Ltd. | Final Distribution - 0.7676% | | 104.85 | 7,482.30 |
| 05/07/2007 | 2458 | Hollister, Inc | Final Distribution - 0.7676% | | 21.77 | 7,460.53 |
| 05/07/2007 | 2459 | Home Lab, Inc | Final Distribution - 0.7676% | | 35.10 | 7,425.43 |
| 05/07/2007 | 2460 | Imaging Financial Svc Inc | Final Distribution - 0.7676% | | 9.64 | 7,415.79 |
| 05/07/2007 | 2461 | IMPRA, Inc | Final Distribution - 0.7676% | | 9.92 | 7,405.87 |
| 05/07/2007 | 2462 | Indiana Hospital & Health  Assoc. | Final Distribution - 0.7676% | | 77.14 | 7,328.73 |
| 05/07/2007 | 2463 | Inlander Steindler Paper | Final Distribution - 0.7676% | | 30.13 | 7,298.60 |
| 05/07/2007 | 2464 | IVAC Corporation | Final Distribution - 0.7676% | | 190.62 | 7,107.98 |
| 05/07/2007 | 2465 | J & J Clinical Diagnostics | Final Distribution - 0.7676% | | 180.38 | 6,927.60 |
| 05/07/2007 | 2466 | J.T. Posey & Company | Final Distribution - 0.7676% | | 7.18 | 6,920.42 |
| 05/07/2007 | 2467 | KCI Therapeutic Services, Inc. | Final Distribution - 0.7676% | | 48.58 | 6,871.84 |
| 05/07/2007 | 2468 | Knepper and Moga, P.C. | Final Distribution - 0.7676% | | 19.19 | 6,852.65 |
| 05/07/2007 | 2469 | Laboratory Consulting, Inc | Final Distribution - 0.7676% | | 16.93 | 6,835.72 |
| 05/07/2007 | 2470 | Lapressco Printing, Inc | Final Distribution - 0.7676% | | 8.79 | 6,826.93 |
| 05/07/2007 | 2471 | Leibinger | Final Distribution - 0.7676% | | 6.80 | 6,820.13 |
| 05/07/2007 | 2472 | Liebel-Flarsheim Co | Final Distribution - 0.7676% | | 8.83 | 6,811.30 |
| 05/07/2007 | 2473 | Life Systems Inc | Final Distribution - 0.7676% | | 31.16 | 6,780.14 |
| 05/07/2007 | 2474 | Link America Inc | Final Distribution - 0.7676% | | 7.22 | 6,772.92 |
| 05/07/2007 | 2475 | Liquid Carbonic | Final Distribution - 0.7676% | | 43.19 | 6,729.73 |
| 05/07/2007 | 2476 | MAC Medical Technologies | Final Distribution - 0.7676% | | 5.76 | 6,723.97 |
| 05/07/2007 | 2477 | Mallinckrodt Medical, Inc | Final Distribution - 0.7676% | | 311.60 | 6,412.37 |
| 05/07/2007 | 2478 | Marquette Electronics | Final Distribution - 0.7676% | | 9.75 | 6,402.62 |
| 05/07/2007 | 2479 | Master Tile, Inc | Final Distribution - 0.7676% | | 5.31 | 6,397.31 |
| 05/07/2007 | 2480 | McMaster_Carr Supply Co | Final Distribution - 0.7676% | | 5.81 | 6,391.50 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS**

| | | | | |
|---|---|---|---|---|
| Case No.: | 95-62628 | | Bank Name: | LaSalle National Bank |
| Case Name: | Northwest Family Hospital | | Checking | 58-00045188 |
| Taxpayer ID#: | 58-2025779 | | Bond Amount | Blanket |
| Period Ending: | 10-Oct-07 | | | |
| Date Submitted: | 16-Oct-07 | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. Number | Paid To/ Received From | Description of Transaction | Deposit | Disbursement | Account Balance |
| 05/07/2007 | 2481 | MED Systems | Final Distribution - 0.7676% | | 6.13 | 6,385.37 |
| 05/07/2007 | 2482 | Medical Billing Services | Final Distribution - 0.7676% | | 67.57 | 6,317.80 |
| 05/07/2007 | 2483 | Medical Warehouse | Final Distribution - 0.7676% | | 13.82 | 6,303.98 |
| 05/07/2007 | 2484 | Medtron Chicago Inc | Final Distribution - 0.7676% | | 11.47 | 6,292.51 |
| 05/07/2007 | 2485 | Medtron Chicago Inc. | Final Distribution - 0.7676% | | 16.17 | 6,276.34 |
| 05/07/2007 | 2486 | Medtronic | Final Distribution - 0.7676% | | 68.26 | 6,208.08 |
| 05/07/2007 | 2487 | Millar Elevator Svc Co | Final Distribution - 0.7676% | | 131.74 | 6,076.34 |
| 05/07/2007 | 2488 | Miner Electronics | Final Distribution - 0.7676% | | 9.50 | 6,066.84 |
| 05/07/2007 | 2489 | Mobil Oil Credit Corporation | Final Distribution - 0.7676% | | 8.90 | 6,057.94 |
| 05/07/2007 | 2490 | Moore Business Forms | Final Distribution - 0.7676% | | 61.09 | 5,996.85 |
| 05/07/2007 | 2491 | MTS Health Care Services Inc | Final Distribution - 0.7676% | | 12.28 | 5,984.57 |
| 05/07/2007 | 2492 | N. Central Speech Pathol. | Final Distribution - 0.7676% | | 14.74 | 5,969.83 |
| 05/07/2007 | 2493 | Nalco Medical Company | Final Distribution - 0.7676% | | 26.78 | 5,943.05 |
| 05/07/2007 | 2494 | NAMIC | Final Distribution - 0.7676% | | 8.57 | 5,934.48 |
| 05/07/2007 | 2495 | National Air Duct Maint | Final Distribution - 0.7676% | | 30.70 | 5,903.78 |
| 05/07/2007 | 2496 | National Assn. Of Credit Management | Final Distribution - 0.7676% | | 12.67 | 5,891.11 |
| 05/07/2007 | 2497 | Nephrology Association of N IL | Final Distribution - 0.7676% | | 472.84 | 5,418.27 |
| 05/07/2007 | 2498 | NESI Energy Marketing | Final Distribution - 0.7676% | | 172.35 | 5,245.92 |
| 05/07/2007 | 2499 | NIPSCO | Final Distribution - 0.7676% | | 2,499.00 | 2,746.92 |
| 05/07/2007 | 2500 | NIPSCO | Final Distribution - 0.7676% | | 104.08 | 2,642.84 |
| 05/07/2007 | 2501 | Northshore Imaging, Inc | Final Distribution - 0.7676% | | 12.57 | 2,630.27 |
| 05/07/2007 | 2502 | OHMEDA | Final Distribution - 0.7676% | | 7.92 | 2,622.35 |
| 05/07/2007 | 2503 | Ortho Diagnostics | Final Distribution - 0.7676% | | 5.36 | 2,616.99 |
| 05/07/2007 | 2504 | Orthopedic Centers P.C. | Final Distribution - 0.7676% | | 223.88 | 2,393.11 |
| 05/07/2007 | 2505 | Orthopedic Laboratories | Final Distribution - 0.7676% | | 105.01 | 2,288.10 |
| 05/07/2007 | 2506 | Orthopedic Laboratories c/o G. Galanos | Final Distribution - 0.7676% | | 31.01 | 2,257.09 |
| 05/07/2007 | 2507 | Paramount Cards, Inc | Final Distribution - 0.7676% | | 12.39 | 2,244.70 |
| 05/07/2007 | 2508 | Parker Medical Associates | Final Distribution - 0.7676% | | 11.23 | 2,233.47 |
| 05/07/2007 | 2509 | Patten Industries, Inc | Final Distribution - 0.7676% | | 18.97 | 2,214.50 |
| 05/07/2007 | 2510 | Patterson, Deborah Ann | Final Distribution - 0.7676% | | 44.14 | 2,170.36 |
| 05/07/2007 | 2511 | Paulette Harris | Final Distribution - 0.7676% | | 70.20 | 2,100.16 |
| 05/07/2007 | 2512 | Physician Dictation Assoc | Final Distribution - 0.7676% | | 5.26 | 2,094.90 |
| 05/07/2007 | 2513 | PRAXAIR, Inc | Final Distribution - 0.7676% | | 54.66 | 2,040.24 |
| 05/07/2007 | 2514 | Prestige Temporaries | Final Distribution - 0.7676% | | 27.50 | 2,012.74 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS**

| | | |
|---|---|---|
| Case No.: | 95-62628 | |
| Case Name: | Northwest Family Hospital | |
| Taxpayer ID#: | 58-2025779 | |
| Period Ending: | 10-Oct-07 | |
| Date Submitted: | 16-Oct-07 | |

| | | |
|---|---|---|
| Bank Name: | LaSalle National Bank | |
| Checking | 58-00045188 | |
| Bond Amount | Blanket | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. Number | Paid To/ Received From | Description of Transaction | Deposit | Disbursement | Account Balance |
| 05/07/2007 | 2515 | Presutti, Bernard | Final Distribution - 0.7676% | | 416.43 | 1,596.31 |
| 05/07/2007 | 2516 | Prfssnl Acct Srvcs Crdt Bru of LA | Final Distribution - 0.7676% | | 45.39 | 1,550.92 |
| 05/07/2007 | 2517 | ProCare AMB Servie, Inc | Final Distribution - 0.7676% | | 24.48 | 1,526.44 |
| 05/07/2007 | 2518 | Revere Electric Supply | Final Distribution - 0.7676% | | 14.70 | 1,511.74 |
| 05/07/2007 | 2519 | RJR Graphics, Inc | Final Distribution - 0.7676% | | 11.81 | 1,499.93 |
| 05/07/2007 | 2520 | RJR Graphics, Inc | Final Distribution - 0.7676% | | 34.04 | 1,465.89 |
| 05/07/2007 | 2521 | Ross Laboratories | Final Distribution - 0.7676% | | 13.52 | 1,452.37 |
| 05/07/2007 | 2522 | Ross Products Div of Abbott Lab | Final Distribution - 0.7676% | | 10.75 | 1,441.62 |
| 05/07/2007 | 2523 | Rouda & Associates | Final Distribution - 0.7676% | | 10.87 | 1,430.75 |
| 05/07/2007 | 2524 | Russ Berrie & Co | Final Distribution - 0.7676% | | 6.99 | 1,423.76 |
| 05/07/2007 | 2525 | RW Pool Co., Inc | Final Distribution - 0.7676% | | 5.29 | 1,418.47 |
| 05/07/2007 | 2526 | Sagamore Health Network | Final Distribution - 0.7676% | | 10.17 | 1,408.30 |
| 05/07/2007 | 2527 | Scott, Anita E | Final Distribution - 0.7676% | | 191.90 | 1,216.40 |
| 05/07/2007 | 2528 | Service Parts South | Final Distribution - 0.7676% | | 46.73 | 1,169.67 |
| 05/07/2007 | 2529 | Sherwood Medical Co | Final Distribution - 0.7676% | | 7.94 | 1,161.73 |
| 05/07/2007 | 2530 | SIEMENS Medical Sales | Final Distribution - 0.7676% | | 38.28 | 1,123.45 |
| 05/07/2007 | 2531 | Sims Inc. (Smith Indust.) | Final Distribution - 0.7676% | | 7.17 | 1,116.28 |
| 05/07/2007 | 2532 | Six Flags Great America | Final Distribution - 0.7676% | | 46.82 | 1,069.46 |
| 05/07/2007 | 2533 | Smith & Nephew Rolyan | Final Distribution - 0.7676% | | 44.59 | 1,024.87 |
| 05/07/2007 | 2534 | South Chicago Disposal | Final Distribution - 0.7676% | | 38.38 | 986.49 |
| 05/07/2007 | 2535 | St Jude Medical S.C. | Final Distribution - 0.7676% | | 134.64 | 851.85 |
| 05/07/2007 | 2536 | Standard Textile Company | Final Distribution - 0.7676% | | 133.64 | 718.21 |
| 05/07/2007 | 2537 | Stanz Cheese Co. | Final Distribution - 0.7676% | | 35.05 | 683.16 |
| 05/07/2007 | 2538 | Star Distributing, Inc | Final Distribution - 0.7676% | | 5.48 | 677.68 |
| 05/07/2007 | 2539 | State Hospital Supple | Final Distribution - 0.7676% | | 53.46 | 624.22 |
| 05/07/2007 | 2540 | Streiff Company, Inc | Final Distribution - 0.7676% | | 5.20 | 619.02 |
| 05/07/2007 | 2541 | Synthes Ltd. (USA) | Final Distribution - 0.7676% | | 25.86 | 593.16 |
| 05/07/2007 | 2542 | TECA Corp. | Final Distribution - 0.7676% | | 10.39 | 582.77 |
| 05/07/2007 | 2543 | TEK Products, Inc | Final Distribution - 0.7676% | | 11.86 | 570.91 |
| 05/07/2007 | 2544 | Teletronics Pacing Syst | Final Distribution - 0.7676% | | 30.78 | 540.13 |
| 05/07/2007 | 2545 | Trane Chicago-Aurora | Final Distribution - 0.7676% | | 9.21 | 530.92 |
| 05/07/2007 | 2546 | Tri Electronics | Final Distribution - 0.7676% | | 5.49 | 525.43 |
| 05/07/2007 | 2547 | Universal Hospital Services | Final Distribution - 0.7676% | | 172.81 | 352.62 |
| 05/07/2007 | 2548 | US Filter Corp | Final Distribution - 0.7676% | | 5.17 | 347.45 |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS

| | | | | | |
|---|---|---|---|---|---|
| Case No.: | 95-62628 | | Bank Name: | LaSalle National Bank | |
| Case Name: | Northwest Family Hospital | | Checking | 58-00045188 | |
| Taxpayer ID#: | 58-2025779 | | Bond Amount | Blanket | |
| Period Ending: | 10-Oct-07 | | | | |
| Date Submitted: | 16-Oct-07 | | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. Number | Paid To/ Received From | Description of Transaction | Deposit | Disbursement | Account Balance |
| 05/07/2007 | 2549 | Valleylab, Inc | Final Distribution - 0.7676% | | 18.03 | 329.42 |
| 05/07/2007 | 2550 | Vantage Technology, Inc | Final Distribution - 0.7676% | | 30.25 | 299.17 |
| 05/07/2007 | 2551 | W.L. Gore & Assoc, Inc. | Final Distribution - 0.7676% | | 5.11 | 294.06 |
| 05/07/2007 | 2552 | Waste Management-Metro | Final Distribution - 0.7676% | | 47.93 | 246.13 |
| 05/07/2007 | 2553 | Willamette Industries, Inc | Final Distribution - 0.7676% | | 60.19 | 185.94 |
| 05/07/2007 | 2554 | Zimmer | Final Distribution - 0.7676% | | 185.94 | 0.00 |
| 10/10/2007 | 1839 | Ameritech | Void Uncashed Check | | -3,161.80 | 3,161.80 |
| 10/10/2007 | 1913 | Guardian, The | Void Uncashed Check | | -2,455.14 | 5,616.94 |
| 10/10/2007 | 1932 | J & J Clinical Diagnostics | Void Uncashed Check | | -2,349.88 | 7,966.82 |
| 10/10/2007 | 2017 | St Jude Medical S.C. | Void Uncashed Check | | -1,754.00 | 9,720.82 |
| 10/10/2007 | 2018 | Standard Textile Company | Void Uncashed Check | | -1,740.98 | 11,461.80 |
| 10/10/2007 | 1982 | Orthopedic Laboratories | Void Uncashed Check | | -1,368.00 | 12,829.80 |
| 10/10/2007 | 1871 | Central Medical Services - IN | Void Uncashed Check | | -948.07 | 13,777.87 |
| 10/10/2007 | 1838 | American Sterilizer Co | Void Uncashed Check | | -870.09 | 14,647.96 |
| 10/10/2007 | 2007 | Service Parts South | Void Uncashed Check | | -608.79 | 15,256.75 |
| 10/10/2007 | 2015 | South Chicago Disposal | Void Uncashed Check | | -500.00 | 15,756.75 |
| 10/10/2007 | 1879 | Communicare/First Impression | Void Uncashed Check | | -499.38 | 16,256.13 |
| 10/10/2007 | 1844 | AT&T Wireless Services | Void Uncashed Check | | -478.23 | 16,734.36 |
| 10/10/2007 | 1930 | Inlander Steindler Paper | Void Uncashed Check | | -392.50 | 17,126.86 |
| 10/10/2007 | 1994 | ProCare AMB Servie, Inc | Void Uncashed Check | | -318.95 | 17,445.81 |
| 10/10/2007 | 1937 | Knepper and Moga, P.C. | Void Uncashed Check | | -250.00 | 17,695.81 |
| 10/10/2007 | 2033 | Valleylab, Inc | Void Uncashed Check | | -234.84 | 17,930.65 |
| 10/10/2007 | 1837 | American Shared/ Curacare | Void Uncashed Check | | -227.50 | 18,158.15 |
| 10/10/2007 | 1863 | Biokem | Void Uncashed Check | | -226.23 | 18,384.38 |
| 10/10/2007 | 1869 | Cellular One | Void Uncashed Check | | -207.15 | 18,591.53 |
| 10/10/2007 | 1872 | Certified Laboratories | Void Uncashed Check | | -196.20 | 18,787.73 |
| 10/10/2007 | 1957 | Medical Warehouse | Void Uncashed Check | | -180.07 | 18,967.80 |
| 10/10/2007 | 2024 | TECA Corp. | Void Uncashed Check | | -135.32 | 19,103.12 |
| 10/10/2007 | 1895 | E for M Corp | Void Uncashed Check | | -127.00 | 19,230.12 |
| 10/10/2007 | 2028 | Trane Chicago-Aurora | Void Uncashed Check | | -120.00 | 19,350.12 |
| 10/10/2007 | 1970 | NAMIC | Void Uncashed Check | | -111.59 | 19,461.71 |
| 10/10/2007 | 1866 | Brinks Inc | Void Uncashed Check | | -103.90 | 19,565.61 |
| 10/10/2007 | 2008 | Sherwood Medical Co | Void Uncashed Check | | -103.38 | 19,668.99 |
| 10/10/2007 | 1945 | Link America Inc | Void Uncashed Check | | -94.11 | 19,763.10 |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS

Case No.:        95-62628
Case Name:       Northwest Family Hospital
Taxpayer ID#:    58-2025779
Period Ending:   10-Oct-07
Date Submitted:  16-Oct-07

Bank Name:       LaSalle National Bank
Checking         58-00045188
Bond Amount      Blanket

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. Number | Paid To/ Received From | Description of Transaction | Deposit | Disbursement | Account Balance |
| 10/10/2007 | 1942 | Leibinger | Void Uncashed Check | | -88.55 | 19,851.65 |
| 10/10/2007 | 1904 | Fitzimmons Surgical | Void Uncashed Check | | -83.58 | 19,935.23 |
| 10/10/2007 | 1980 | Ortho Diagnostics | Void Uncashed Check | | -69.87 | 20,005.10 |
| 10/10/2007 | 2010 | SIM Medical Sales | Void Uncashed Check | | -48.89 | 20,053.99 |
| 10/10/2007 | 1987 | Pharmstaff | Void Uncashed Check | | -45.60 | 20,099.59 |
| 10/10/2007 | 1991 | Preferred Medical Prod. | Void Uncashed Check | | -36.20 | 20,135.79 |
| 10/10/2007 | 1874 | Chem-Sultants, Inc | Void Uncashed Check | | -31.79 | 20,167.58 |
| 10/10/2007 | 1861 | Betmar Hats, Inc | Void Uncashed Check | | -19.06 | 20,186.64 |
| 10/10/2007 | 1902 | Felco Products | Void Uncashed Check | | -15.56 | 20,202.20 |
| 10/10/2007 | 1926 | Human Assets, Inc | Void Uncashed Check | | -14.40 | 20,216.60 |
| 10/10/2007 | 1857 | BASCO | Void Uncashed Check | | -11.47 | 20,228.07 |
| 10/10/2007 | 1855 | Barrel Accessories & Supply | Void Uncashed Check | | -11.47 | 20,239.54 |
| 10/10/2007 | 1964 | MMI Inc | Void Uncashed Check | | -9.83 | 20,249.37 |
| 10/10/2007 | 2101 | Orthopedic Centers P.C. | Void Uncashed Check | | -2,916.67 | 23,166.04 |
| 10/10/2007 | 2095 | Eastman Kodak Co | Void Uncashed Check | | -1,402.13 | 24,568.17 |
| 10/10/2007 | 2109 | Teletronics Pacing Syst | Void Uncashed Check | | -401.00 | 24,969.17 |
| 10/10/2007 | 2091 | Computer Bay | Void Uncashed Check | | -196.27 | 25,165.44 |
| 10/10/2007 | 2108 | TEK Products, Inc | Void Uncashed Check | | -154.48 | 25,319.92 |
| 10/10/2007 | 2090 | Columbia Diagnostics, Inc | Void Uncashed Check | | -94.28 | 25,414.20 |
| 10/10/2007 | 2105 | Sims Inc. (Smith Indust.) | Void Uncashed Check | | -93.45 | 25,507.65 |
| 10/10/2007 | 2086 | Angelica Uniforms | Void Uncashed Check | | -92.58 | 25,600.23 |
| 10/10/2007 | 2094 | Distinctive Business Pro | Void Uncashed Check | | -59.99 | 25,660.22 |
| 10/10/2007 | 2106 | Spanglers | Void Uncashed Check | | -48.72 | 25,708.94 |
| 10/10/2007 | 2093 | Dallas Handbag Company | Void Uncashed Check | | -48.28 | 25,757.22 |
| 10/10/2007 | 2085 | American Lock and Supply Inc | Void Uncashed Check | | -28.30 | 25,785.52 |
| 10/10/2007 | 2127 | American International Specialty Lines | Void Uncashed Check | | -4,310.78 | 30,096.30 |
| 10/10/2007 | 2132 | Ameritech | Void Uncashed Check | | -3,161.80 | 33,258.10 |
| 10/10/2007 | 2273 | Orthopedic Centers P.C. | Void Uncashed Check | | -2,916.67 | 36,174.77 |
| 10/10/2007 | 2208 | Guardian, The | Void Uncashed Check | | -2,455.14 | 38,629.91 |
| 10/10/2007 | 2225 | J & J Clinical Diagnostics | Void Uncashed Check | | -2,349.88 | 40,979.79 |
| 10/10/2007 | 2311 | St Jude Medical S.C. | Void Uncashed Check | | -1,754.00 | 42,733.79 |
| 10/10/2007 | 2312 | Standard Textile Company | Void Uncashed Check | | -1,740.98 | 44,474.77 |
| 10/10/2007 | 2254 | Millar Elevator Svc Co | Void Uncashed Check | | -1,716.26 | 46,191.03 |
| 10/10/2007 | 2188 | Eastman Kodak Co | Void Uncashed Check | | -1,402.13 | 47,593.16 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS**

| | | | |
|---|---|---|---|
| Case No.: | 95-62628 | Bank Name: | LaSalle National Bank |
| Case Name: | Northwest Family Hospital | Checking | 58-00045188 |
| Taxpayer ID#: | 58-2025779 | Bond Amount | Blanket |
| Period Ending: | 10-Oct-07 | | |
| Date Submitted: | 16-Oct-07 | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. Number | Paid To/ Received From | Description of Transaction | Deposit | Disbursement | Account Balance |
| 10/10/2007 | 2274 | Orthopedic Laboratories | Void Uncashed Check | | -1,368.00 | 48,961.16 |
| 10/10/2007 | 2215 | Hogan, Marren, & McCahill, Ltd. | Void Uncashed Check | | -1,366.00 | 50,327.16 |
| 10/10/2007 | 2131 | American Sterilizer Co | Void Uncashed Check | | -870.09 | 51,197.25 |
| 10/10/2007 | 2258 | Moore Business Forms | Void Uncashed Check | | -795.81 | 51,993.06 |
| 10/10/2007 | 2306 | Six Flags Great America | Void Uncashed Check | | -610.00 | 52,603.06 |
| 10/10/2007 | 2301 | Service Parts South | Void Uncashed Check | | -608.79 | 53,211.85 |
| 10/10/2007 | 2308 | Smith & Nephew Rolyan | Void Uncashed Check | | -580.87 | 53,792.72 |
| 10/10/2007 | 2309 | South Chicago Disposal | Void Uncashed Check | | -500.00 | 54,292.72 |
| 10/10/2007 | 2173 | Communicare/First Impression | Void Uncashed Check | | -499.38 | 54,792.10 |
| 10/10/2007 | 2236 | Life Systems Inc | Void Uncashed Check | | -405.88 | 55,197.98 |
| 10/10/2007 | 2320 | Teletronics Pacing Syst | Void Uncashed Check | | -401.00 | 55,598.98 |
| 10/10/2007 | 2263 | National Air Duct Maint | Void Uncashed Check | | -400.00 | 55,998.98 |
| 10/10/2007 | 2223 | Inlander Steindler Paper | Void Uncashed Check | | -392.50 | 56,391.48 |
| 10/10/2007 | 2285 | Prestige Temporaries | Void Uncashed Check | | -358.20 | 56,749.68 |
| 10/10/2007 | 2261 | Nalco Medical Company | Void Uncashed Check | | -348.86 | 57,098.54 |
| 10/10/2007 | 2125 | American Health Services* | Void Uncashed Check | | -332.80 | 57,431.34 |
| 10/10/2007 | 2287 | ProCare AMB Servie, Inc | Void Uncashed Check | | -318.95 | 57,750.29 |
| 10/10/2007 | 2327 | Valleylab, Inc | Void Uncashed Check | | -234.84 | 57,985.13 |
| 10/10/2007 | 2130 | American Shared/ Curacare | Void Uncashed Check | | -227.50 | 58,212.63 |
| 10/10/2007 | 2157 | Biokem | Void Uncashed Check | | -226.23 | 58,438.86 |
| 10/10/2007 | 2231 | Laboratory Consulting, Inc | Void Uncashed Check | | -220.50 | 58,659.36 |
| 10/10/2007 | 2163 | Cellular One | Void Uncashed Check | | -207.15 | 58,866.51 |
| 10/10/2007 | 2174 | Computer Bay | Void Uncashed Check | | -196.27 | 59,062.78 |
| 10/10/2007 | 2166 | Certified Laboratories | Void Uncashed Check | | -196.20 | 59,258.98 |
| 10/10/2007 | 2204 | DataCard Service | Void Uncashed Check | | -188.05 | 59,447.03 |
| 10/10/2007 | 2319 | TEK Products, Inc | Void Uncashed Check | | -154.48 | 59,601.51 |
| 10/10/2007 | 2318 | TECA Corp. | Void Uncashed Check | | -135.32 | 59,736.83 |
| 10/10/2007 | 2299 | Sagamore Health Network | Void Uncashed Check | | -132.54 | 59,869.37 |
| 10/10/2007 | 2187 | E for M Corp | Void Uncashed Check | | -127.00 | 59,996.37 |
| 10/10/2007 | 2322 | Trane Chicago-Aurora | Void Uncashed Check | | -120.00 | 60,116.37 |
| 10/10/2007 | 2257 | Mobil Oil Credit Corporation | Void Uncashed Check | | -115.96 | 60,232.33 |
| 10/10/2007 | 2262 | NAMIC | Void Uncashed Check | | -111.59 | 60,343.92 |
| 10/10/2007 | 2134 | Anderson Lock | Void Uncashed Check | | -106.37 | 60,450.29 |
| 10/10/2007 | 2160 | Brinks Inc | Void Uncashed Check | | -103.90 | 60,554.19 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS**

Case No.: 95-62628
Case Name: Northwest Family Hospital
Taxpayer ID#: 58-2025779
Period Ending: 10-Oct-07
Date Submitted: 16-Oct-07

Bank Name: LaSalle National Bank
Checking 58-00045188
Bond Amount Blanket

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. Number | Paid To/ Received From | Description of Transaction | Deposit | Disbursement | Account Balance |
| 10/10/2007 | 2302 | Sherwood Medical Co | Void Uncashed Check | | -103.38 | 60,657.57 |
| 10/10/2007 | 2271 | OHMEDA | Void Uncashed Check | | -103.18 | 60,760.75 |
| 10/10/2007 | 2170 | Columbia Diagnostics, Inc | Void Uncashed Check | | -94.28 | 60,855.03 |
| 10/10/2007 | 2237 | Link America Inc | Void Uncashed Check | | -94.11 | 60,949.14 |
| 10/10/2007 | 2305 | Sims Inc. (Smith Indust.) | Void Uncashed Check | | -93.45 | 61,042.59 |
| 10/10/2007 | 2135 | Angelica Uniforms | Void Uncashed Check | | -92.58 | 61,135.17 |
| 10/10/2007 | 2234 | Leibinger | Void Uncashed Check | | -88.55 | 61,223.72 |
| 10/10/2007 | 2196 | Fitzimmons Surgical | Void Uncashed Check | | -83.58 | 61,307.30 |
| 10/10/2007 | 2272 | Ortho Diagnostics | Void Uncashed Check | | -69.87 | 61,377.17 |
| 10/10/2007 | 2120 | Affiliated Medical Research | Void Uncashed Check | | -63.06 | 61,440.23 |
| 10/10/2007 | 2185 | Distinctive Business Pro | Void Uncashed Check | | -59.99 | 61,500.22 |
| 10/10/2007 | 2304 | SIM Medical Sales | Void Uncashed Check | | -48.89 | 61,549.11 |
| 10/10/2007 | 2310 | Spanglers | Void Uncashed Check | | -48.72 | 61,597.83 |
| 10/10/2007 | 2181 | Dallas Handbag Company | Void Uncashed Check | | -48.28 | 61,646.11 |
| 10/10/2007 | 2280 | Pharmstaff | Void Uncashed Check | | -45.60 | 61,691.71 |
| 10/10/2007 | 2284 | Preferred Medical Prod. | Void Uncashed Check | | -36.20 | 61,727.91 |
| 10/10/2007 | 2168 | Chem-Sultants, Inc | Void Uncashed Check | | -31.79 | 61,759.70 |
| 10/10/2007 | 2128 | American Lock and Supply Inc | Void Uncashed Check | | -28.30 | 61,788.00 |
| 10/10/2007 | 2117 | Acro Electronics Distrib. | Void Uncashed Check | | -26.72 | 61,814.72 |
| 10/10/2007 | 2126 | American Heart Association | Void Uncashed Check | | -23.11 | 61,837.83 |
| 10/10/2007 | 2140 | Auditory Instruments | Void Uncashed Check | | -19.55 | 61,857.38 |
| 10/10/2007 | 2194 | Felco Products | Void Uncashed Check | | -15.56 | 61,872.94 |
| 10/10/2007 | 2151 | BASCO | Void Uncashed Check | | -11.47 | 61,884.41 |
| 10/10/2007 | 2256 | MMI Inc | Void Uncashed Check | | -9.83 | 61,894.24 |
| 10/10/2007 | 2341 | AT&T Wireless Services | Void Uncashed Check | | -478.23 | 62,372.47 |
| 10/10/2007 | 2352 | Behring Diagnostic, Inc | Void Uncashed Check | | -789.19 | 63,161.66 |
| 10/10/2007 | 2515 | Presutti, Bernard | Void Uncashed Check | | -416.43 | 63,578.09 |
| 10/10/2007 | 2420 | American International Specialty Lines | Void Uncashed Check | | -330.90 | 63,908.99 |
| 10/10/2007 | 2395 | Ameritech | Void Uncashed Check | | -242.70 | 64,151.69 |
| 10/10/2007 | 2421 | Central Medical Services - IL | Void Uncashed Check | | -233.11 | 64,384.80 |
| 10/10/2007 | 2504 | Orthopedic Centers P.C. | Void Uncashed Check | | -223.88 | 64,608.68 |
| 10/10/2007 | 2527 | Scott, Anita E | Void Uncashed Check | | -191.90 | 64,800.58 |
| 10/10/2007 | 2452 | Guardian, The | Void Uncashed Check | | -188.46 | 64,989.04 |
| 10/10/2007 | 2465 | J & J Clinical Diagnostics | Void Uncashed Check | | -180.38 | 65,169.42 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS**

| | | |
|---|---|---|
| Case No.: | 95-62628 | |
| Case Name: | Northwest Family Hospital | |
| Taxpayer ID#: | 58-2025779 | |
| Period Ending: | 10-Oct-07 | |
| Date Submitted: | 16-Oct-07 | |

| | |
|---|---|
| Bank Name: | LaSalle National Bank |
| Checking | 58-00045188 |
| Bond Amount | Blanket |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. Number | Paid To/ Received From | Description of Transaction | Deposit | Disbursement | Account Balance |
| 10/10/2007 | 2547 | Universal Hospital Services | Void Uncashed Check | | -172.81 | 65,342.23 |
| 10/10/2007 | 2454 | Heartland Blood Center | Void Uncashed Check | | -145.65 | 65,487.88 |
| 10/10/2007 | 2535 | St Jude Medical S.C. | Void Uncashed Check | | -134.64 | 65,622.52 |
| 10/10/2007 | 2536 | Standard Textile Company | Void Uncashed Check | | -133.64 | 65,756.16 |
| 10/10/2007 | 2487 | Millar Elevator Svc Co | Void Uncashed Check | | -131.74 | 65,887.90 |
| 10/10/2007 | 2439 | Eastman Kodak Co | Void Uncashed Check | | -107.63 | 65,995.53 |
| 10/10/2007 | 2505 | Orthopedic Laboratories | Void Uncashed Check | | -105.01 | 66,100.54 |
| 10/10/2007 | 2457 | Hogan, Marren, & McCahill, Ltd. | Void Uncashed Check | | -104.85 | 66,205.39 |
| 10/10/2007 | 2405 | B&W Security Agency, Inc | Void Uncashed Check | | -102.91 | 66,308.30 |
| 10/10/2007 | 2432 | Curtin Matheson Scientific Inc. | Void Uncashed Check | | -92.59 | 66,400.89 |
| 10/10/2007 | 2404 | B T Office Products | Void Uncashed Check | | -72.92 | 66,473.81 |
| 10/10/2007 | 2511 | Paulette Harris | Void Uncashed Check | | -70.20 | 66,544.01 |
| 10/10/2007 | 2482 | Medical Billing Services | Void Uncashed Check | | -67.57 | 66,611.58 |
| 10/10/2007 | 2394 | American Sterilizer Co | Void Uncashed Check | | -66.79 | 66,678.37 |
| 10/10/2007 | 2456 | Hill Rom | Void Uncashed Check | | -62.35 | 66,740.72 |
| 10/10/2007 | 2490 | Moore Business Forms | Void Uncashed Check | | -61.09 | 66,801.81 |
| 10/10/2007 | 2411 | Behring Diagnostic, Inc | Void Uncashed Check | | -60.58 | 66,862.39 |
| 10/10/2007 | 2532 | Six Flags Great America | Void Uncashed Check | | -46.82 | 66,909.21 |
| 10/10/2007 | 2528 | Service Parts South | Void Uncashed Check | | -46.73 | 66,955.94 |
| 10/10/2007 | 2516 | Prfssnl Acct Srvcs Crdt Bru of LA | Void Uncashed Check | | -45.39 | 67,001.33 |
| 10/10/2007 | 2533 | Smith & Nephew Rolyan | Void Uncashed Check | | -44.59 | 67,045.92 |
| 10/10/2007 | 2510 | Patterson, Deborah Ann | Void Uncashed Check | | -44.14 | 67,090.06 |
| 10/10/2007 | 2387 | Acuson Corporation | Void Uncashed Check | | -42.53 | 67,132.59 |
| 10/10/2007 | 2534 | South Chicago Disposal | Void Uncashed Check | | -38.38 | 67,170.97 |
| 10/10/2007 | 2429 | Communicare/First Impression | Void Uncashed Check | | -38.33 | 67,209.30 |
| 10/10/2007 | 2401 | AT&T Wireless Services | Void Uncashed Check | | -36.71 | 67,246.01 |
| 10/10/2007 | 2459 | Home Lab, Inc | Void Uncashed Check | | -35.10 | 67,281.11 |
| 10/10/2007 | 2473 | Life Systems Inc | Void Uncashed Check | | -31.16 | 67,312.27 |
| 10/10/2007 | 2506 | Orthopedic Laboratories c/o G. Galanos | Void Uncashed Check | | -31.01 | 67,343.28 |
| 10/10/2007 | 2544 | Teletronics Pacing Syst | Void Uncashed Check | | -30.78 | 67,374.06 |
| 10/10/2007 | 2495 | National Air Duct Maint | Void Uncashed Check | | -30.70 | 67,404.76 |
| 10/10/2007 | 2463 | Inlander Steindler Paper | Void Uncashed Check | | -30.13 | 67,434.89 |
| 10/10/2007 | 2514 | Prestige Temporaries | Void Uncashed Check | | -27.50 | 67,462.39 |
| 10/10/2007 | 2391 | American Health Services* | Void Uncashed Check | | -25.55 | 67,487.94 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS**

| | | | | |
|---|---|---|---|---|
| Case No.: | 95-62628 | Bank Name: | LaSalle National Bank |
| Case Name: | Northwest Family Hospital | Checking | 58-00045188 |
| Taxpayer ID#: | 58-2025779 | Bond Amount | Blanket |
| Period Ending: | 10-Oct-07 | | |
| Date Submitted: | 16-Oct-07 | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. Number | Paid To/ Received From | Description of Transaction | Deposit | Disbursement | Account Balance |
| 10/10/2007 | 2517 | ProCare AMB Servie, Inc | Void Uncashed Check | | -24.48 | 67,512.42 |
| 10/10/2007 | 2468 | Knepper and Moga, P.C. | Void Uncashed Check | | -19.19 | 67,531.61 |
| 10/10/2007 | 2549 | Valleylab, Inc | Void Uncashed Check | | -18.03 | 67,549.64 |
| 10/10/2007 | 2393 | American Shared/ Curacare | Void Uncashed Check | | -17.46 | 67,567.10 |
| 10/10/2007 | 2413 | Biokem | Void Uncashed Check | | -17.37 | 67,584.47 |
| 10/10/2007 | 2469 | Laboratory Consulting, Inc | Void Uncashed Check | | -16.93 | 67,601.40 |
| 10/10/2007 | 2453 | Hayes Boiler & Mechanical | Void Uncashed Check | | -15.82 | 67,617.22 |
| 10/10/2007 | 2430 | Computer Bay | Void Uncashed Check | | -15.07 | 67,632.29 |
| 10/10/2007 | 2424 | Certified Laboratories | Void Uncashed Check | | -15.06 | 67,647.35 |
| 10/10/2007 | 2434 | DataCard Service | Void Uncashed Check | | -14.44 | 67,661.79 |
| 10/10/2007 | 2483 | Medical Warehouse | Void Uncashed Check | | -13.82 | 67,675.61 |
| 10/10/2007 | 2501 | Northshore Imaging, Inc | Void Uncashed Check | | -12.57 | 67,688.18 |
| 10/10/2007 | 2491 | MTS Health Care Services Inc | Void Uncashed Check | | -12.28 | 67,700.46 |
| 10/10/2007 | 2543 | TEK Products, Inc | Void Uncashed Check | | -11.86 | 67,712.32 |
| 10/10/2007 | 2523 | Rouda & Associates | Void Uncashed Check | | -10.87 | 67,723.19 |
| 10/10/2007 | 2542 | TECA Corp. | Void Uncashed Check | | -10.39 | 67,733.58 |
| 10/10/2007 | 2438 | E for M Corp | Void Uncashed Check | | -9.75 | 67,743.33 |
| 10/10/2007 | 2545 | Trane Chicago-Aurora | Void Uncashed Check | | -9.21 | 67,752.54 |
| 10/10/2007 | 2489 | Mobil Oil Credit Corporation | Void Uncashed Check | | -8.90 | 67,761.44 |
| 10/10/2007 | 2494 | NAMIC | Void Uncashed Check | | -8.57 | 67,770.01 |
| 10/10/2007 | 2416 | Brinks Inc | Void Uncashed Check | | -7.98 | 67,777.99 |
| 10/10/2007 | 2529 | Sherwood Medical Co | Void Uncashed Check | | -7.94 | 67,785.93 |
| 10/10/2007 | 2502 | OHMEDA | Void Uncashed Check | | -7.92 | 67,793.85 |
| 10/10/2007 | 2428 | Columbia Diagnostics, Inc | Void Uncashed Check | | -7.24 | 67,801.09 |
| 10/10/2007 | 2474 | Link America Inc | Void Uncashed Check | | -7.22 | 67,808.31 |
| 10/10/2007 | 2531 | Sims Inc. (Smith Indust.) | Void Uncashed Check | | -7.17 | 67,815.48 |
| 10/10/2007 | 2398 | Angelica Uniforms | Void Uncashed Check | | -7.11 | 67,822.59 |
| 10/10/2007 | 2471 | Leibinger | Void Uncashed Check | | -6.80 | 67,829.39 |
| 10/10/2007 | 2481 | MED Systems | Void Uncashed Check | | -6.13 | 67,835.52 |
| 10/10/2007 | 2476 | MAC Medical Technologies | Void Uncashed Check | | -5.76 | 67,841.28 |
| 10/10/2007 | 2503 | Ortho Diagnostics | Void Uncashed Check | | -5.36 | 67,846.64 |
| 10/10/2007 | 2540 | Streiff Company, Inc | Void Uncashed Check | | -5.20 | 67,851.84 |
| 10/10/2007 | 2418 | Ceiling pro | Void Uncashed Check | | -5.08 | 67,856.92 |
| 10/10/2007 | 635895788-4 | Clerk of the Bankruptcy Court | Offical Check for Uncashed Checks | | 67,856.92 | - |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS**

Case No.:        95-62628                          Bank Name:      LaSalle National Bank
Case Name:       Northwest Family Hospital         Money Market    86-0038850
Taxpayer ID#:    58-2025779                         Bond Amount     Blanket
Period Ending:   10-Oct-07
Date Submitted:  16-Oct-07

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. Number | Paid To/ Received From | Description of Transaction | Deposit | Disbursement | Account Balance |
| 09/01/06 | | Beginning Balance | | | | $    97,592.79 |
| 09/29/2006 | | | Interest | 243.31 | | 97,836.10 |
| 10/31/2006 | | | Interest | 258.42 | | 98,094.52 |
| 11/27/2006 | | | Funds Transfer | | 98,311.83 | (217.31) |
| 11/30/2006 | | | Interest | 217.31 | | 0.00 |