## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>NORTHWEST FAMILY HOSPITAL, INC. )<br>F/K/A SUMMIT ACQUISITION, INC.   )<br>)<br>DEBTORS   ) | CAUSE NO: 95-62628<br>CHAPTER 7 |

### ORDER ON UNCLAIMED FUNDS

The Court having reviewed the Motion of Creditor, AIG Domestic Claims, Inc., d/b/a American International Recovery, to release unclaimed funds to its attorney-in-fact through its counsel and the Court finds that N.D. Ind. L.B.R. B-3011-1 had been compiled with by counsel. The Court finds that Creditor is entitled to the funds and that the right to payment of the funds has not been transferred or assigned to any other entity. Further that no objection has been raised by the United States Attorney. The Court Orders the release of unclaimed funds deposited with the Clerk of the Court in the amount of $4,641.68 be paid over to the Creditor care of her attorney-in-fact Dilks & Knopik, LLC.

Dated: March 9, 2009

_____
United States Bankruptcy Judge