UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Northwest Family Hospital, Inc. | ) | CASE NO. 95-62628-jpk |
| fka Summit Acquisition, Inc. | ) | CHAPTER 7 |
| | ) | |
| Debtor(s) | ) | |

O R D E R

The Court having reviewed the Motion to Recovery Unclaimed Funds to release unclaimed funds filed by Schindler Elevator Corporation ("Creditor") and the Court finds that N.D. Ind. L.B.R. B-3011-1 had been complied with. The Court further finds that said Creditor is entitled to the funds and that the right to payment of the funds has not been transferred or assigned to any other entity. Further that no objection has been raised by the United States Attorney.

IT IS ORDERED that the Clerk of the United States Bankruptcy Court is to distribute the unclaimed funds deposited in the United States Treasury (FUND #6047BK) in the amount of $1848.00 to Dilks & Knopik LLC, Alan D. Naggatz, 175 W. Lincolnway, Suite I, Valparaiso IN 46383.

SO ORDERED this 21st day of December, 2009.

*J. Philip Klingeberger*

United States Bankruptcy Judge

Distribution:
Movant
Trustee
U.S. Attorney, 5400 Federal Plaza, Suite 1500, Hammond, IN 46320
U.S. Trustee, 100 East Wayne Street, Room 555, South Bend, IN 46601